UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                               04-cr-801-12 (PKC)

        -against-                             ORDER

ENRICO THOMAS,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

              The government is directed to respond to defendant's motion for a sentence

reduction no later than January 10, 2025.  Defendant may reply no later than January 31, 2025.

              SO ORDERED.

                                    P. Kevin Castel
                            United States District Judge

Dated: New York, New York
       October 4, 2024

COPY MAILED TO: Enrico Thomas, Reg. No. 57101-054, USP Pollock, U.S. Penitentiary, P.O.
Box 2099, Pollock, LA 71467