UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,

04 CR 0801 (PKC)

   -against-

ORDER

ENRICO THOMAS,

       Defendants.
---------------------------------------------------------------x


CASTEL, U.S.D.J.


   At the conclusion of a six-week trial, a jury found Enrico Thomas guilty of ten counts related to a narcotics conspiracy, racketeering and firearm use, including murder in connection with a drug crime. This Court sentenced Thomas to a sentence of principally life imprisonment plus a mandatory consecutive sentence of 120 months imprisonment (04 Cr. 801, ECF 393.) The Court of Appeals affirmed Thomas's conviction and sentence in a summary order. United States v. Shaw, 354 Fed. App'x 439 (2d Cir. 2009). The Supreme Court denied his petition for a writ of certiorari. Thomas v. United States, 559 U.S. 1102 (2010).

   The trial evidence focused upon a criminal enterprise consisting principally of members from the same neighborhood of Kingston, Jamaica who purchased large quantities of marijuana from sources in Mexico, repackaged the marijuana and shipped it to areas, particularly locations within this district, for distribution through retail networks.  In the course of the activities of the enterprise two-armed rival drug traffickers who had engaged in extortionate activity were murdered.

   Thomas, who was 20 years old at the time of his crimes and is now 42 years old, was not one of the triggermen.  He now moves for a sentence reduction based upon his age at the time of the crime, his difficult upbringing, his "moral development" and his exceptional accomplishments while in prison.

   The Court notes that a sentence reduction need not be to, time served, and could be to a fixed number of years.


       Mailed to Enrico Thomas 4/9/2026

-2-

The government is directed to respond to the motion by May 20, 2026.  Mr. Thomas may reply by June 22, 2026.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
        April 9, 2026